■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER EDWARDS, Appellant. [649 NYS2d 408] —Judgment, Supreme Court, New York County (Carol Berkman, J., at suppression hearing; Dorothy Cropper, J., at jury trial and sentence), rendered on September 9, 1993, convicting defendant of robbery in the first and second degrees and criminal possession of a weapon in the third degree, and sentencing him to concurrent terms of $12^1/_2$ to 25 years, 5 to 15 years, and $2^1/_3$ to 7 years, unanimously affirmed.

The court's exercise of discretion in providing an adverse inference instruction as a sanction for the lost pages in the officer's memo book was appropriate and adequate (*People v Haupt*, 71 NY2d 929; *People v Sandoz*, 184 AD2d 336, *lv denied* 80 NY2d 909). Since there is no reasonable probability that the verdict would have been different but for the loss of the evidence, reversal under *Brady v Maryland* (373 US 83) is unwarranted. Nor did the prosecutor impeach his own witness in violation of CPL 60.35 when he referred a witness with faulty recollection to a written statement without revealing its contents. We have considered defendant's remaining contentions and find them to be without merit. Concur—Rosenberger, J. P., Ellerin, Rubin, Kupferman and Nardelli, JJ.